FILED

APR 24 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| TRAVIS SHEPPARD | § | |
| PLAINTIFF | § | |
| | § | CIVIL CAUSE NO: W20CA313 |
| V | § | THE HONORABLE JUDGE |
| | § | ALAN ALBRIGHT |
| DENNIS MCAFEE | § | |
| IN HIS OFFICIAL CAPACITY | § | JURY DEMAND |
| AS A HARKER HEIGHTS | § | |
| POLICE SERGEANT | § | |
| | § | |
| MICHAEL CHAPMAN | § | |
| IN HIS INDIVIDUAL CAPACITY | § | |
| | § | |
| KYLE HAWTHORNE | § | |
| IN HIS OFFICIAL CAPACITY | § | |
| AS BRAZOS COUNTY TX | § | |
| DISTRICT JUDGE | § | |
| | § | |
| CHANNA BORMAN | § | |
| IN HER INDIVIDUAL CAPACITY | § | |
| | § | |
| JANINE CLARK | § | |
| IN HER INDIVIDUAL CAPACITY | § | |
| | § | |
| JOHN GAUNTT | § | |
| IN HIS OFFICIAL CAPACITY | § | |
| AS BELL CONTY TX | § | |
| DISTRICT JUDGE | § | |
| | § | |
| PAUL MCWILLIAMS | § | |
| IN HIS OFFICIAL CAPACITY | § | |
| AS BELL COUNTY TX | § | |
| DISTRICT ATTORNEY | § | |
| DEFENDANT(S) | § | |
| | § | |

# ORIGINAL COMPLAINT
## UNDER 42 USC §1983 & 1985

## JURISDICTION / VENUE

The US District Court - Western District of Texas, is the proper venue, retains subject matter jurisdiction, and has personal jurisdiction over all parties. Plaintiff demands trial by jury.

## WHAT IS THIS CASE ABOUT

The State of Texas accused Travis Sheppard, of attempting to murder a Brazos County Judge and her family, after an unfavorable ruling in her Court, stemming from a DPS Officer having sex with the plaintiffs wife in front of plaintiffs (5) year old daughter.

1. The State of Texas placed a $500K bond on Travis Sheppard, arrested, and kept plaintiff incarcerated in the Bell County Jail, from his original arrest date of June 9th 2018, until his 5 yr deferred plea and probated release on March 14th 2019.

2. The filing agency was the Texas Department of Public Safety, and the prosecutor assigned to the case, was ADA - Paul McWilliams.

# PLEASE SEE SCREEN SHOTS BELOW

COPY

_AFFIANT_

SUBSCRIBED AND SWORN TO BY SAID AFFIANT ON THIS THE 12 TH DAY OF JUNE, 2018.

_MAGISTRATE_
27 TH _____ District Court
BELL COUNTY, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | DOCKET # _____ |
| COUNTY OF BELL | § | COURT: _____ |

### EVIDENTIARY SEARCH WARRANT
**(Article 18.02(10), Texas Code of Criminal Procedure)**

The State of Texas: To the Sheriff or any Peace Officer of BELL County, Texas, or any Peace Officer of the State of Texas  Whereas, the affiant whose name appears on the affidavit attached hereto is a peace officer under the laws of Texas and did heretofore this day subscribe and swear to said affidavit, and whereas I find that the verified facts stated by affiant in said affidavit show that affiant has probable cause for the belief he/she expresses herein and establishes existence of proper grounds for issuance of this Warrant;

Now, therefore, you are commanded to enter the suspected place, premises and/or vehicles, described in said affidavit, to-wit; A house located in the City of Harker Heights, Bell County, Texas, a single story residential structure with a known address of 103 Cattail Circle Harker Heights, Texas. The suspected place has a grayish brown composition roof and has a pink colored brick façade bordered in an off white trim. The residence faces north towards Cattail Circle, and the garage faces west towards Crowfoot Drive. The front glass storm door has a personalized decal "No Solicitors, please don't ring the bell and make this awkward". To the right of the most northern window is a white stone marker incased in the brick in black lettering the #103. Bell County Appraisal District reports "Danny Sheppard" as the current owner (2018) of the property. The geographic id 0912880558 (Bell County)

Said suspected place, in addition to the foregoing description, also includes all other buildings, structures, places on said premises and within the curtilage, if said premises is a residence, that are found to be under the control of the suspected party named below and in, on, or around which said suspected party may reasonably reposit or secrete property that is the object of the search requested herein.

Also if found on or about the premises as described above, a 2018 black Corvette with Texas Registration KHZ0345.  The evidence described below and sought pursuant to this warrant request may be readily contained and concealed in said vehicle.

At said places you shall search for and, if same be found, seize and bring before me the property described in the affidavit, to-wit  any and all computers, computer equipment, and carrying bag (s), and associated peripheral devices including a personal laptop computers the Actor had access to, or any device used by Travis Sheppard, including items capable of storing electronic data, and its electronic content including, but not limited to communications of co-conspirators, motives for the attempted homicide of Janine Clark, David Daley or Wendy Wood Hencerling and planning of the attempted homicide such as the following; photographs, short videos, other electronic data and voice communication as well as internal memory of records received, data downloaded from the internet, pictures,



## HISTORY

1. On Saturday June 9th 2018 at or around 11PM CST - SGT Murry of the Bell County Sheriff's department was recorded on a body cam, conspiring with defendant DPS Thomas Chapman to manufacture a crime, and stage the arrest of the plaintiff in this instant case.

2. Bell County deputy Sheriff - Thomas Priori - contacted Bell County TX digital forensic analyst - Shawn Richeson - and stated in an audio recording with Richeson on 01/17/2020 - that he had

participated in & recorded the meeting - with defendant DPS Chapman & others - on 06/09/2018 in Bell County Texas.

## **BACKGROUND**

3. Plaintiff Travis Sheppard - was married to DPS employee Janine Clark.

4. Approximately (3) weeks before the above mentioned arrest, plaintiff Travis Sheppard moved for a TRO in Judge Wendy Hencerling's Court in Brazos County TX, stemming from plaintiffs (5) year old daughters cries & plea of abuse.

5. The (5) year old victim {plaintiffs daughter} - was complaining of DPS Officer's - Daley & Clark - sexually abusing her in violation of Sec. 22.11. - INDECENCY WITH A CHILD.

**PLEASE SEE SWORN AFFIDAVIT OF RITA SHEPPARD BELOW**

NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA

NO. 17-001783-CVD-85

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| B.B.C. | § | 85ᵗʰ JUDICIAL DISTRICT |
| A CHILD | § | BRAZOS COUNTY, TEXAS |

PETITIONER'S SUPPORTING AFFIDAVIT

Rita Sheppard appeared in person before me today and stated under oath:

"My name is Rita Sheppard.  I am above the age of eighteen years, and I am fully competent to make this affidavit.  The facts stated in this affidavit are within my personal knowledge and are true and correct.

"I am Brynnlee's grandmother.  Brynnlee has recently become a very restless sleeper. She kicks, fights and screams no no no stop thru out the night.

Late at night on May 5, my son, Travis Sheppard asked me to come to Brynnlee to listen to what Brynnlee was saying.  Brynnlee stated that she was in bed with Mommy and David and stated further that "mommy was on bottom and David was on top of her and they were slapping knees really hard."  She stated mommy was going oh oh oh moaning and yes yes yes.

Brynnlee stated that she was scarred to go back to her moms because she wasn't supposed to tell what happened.  She asked us to please not tell Mommy what she has told us.

_Rita Sheppard_
Rita Sheppard

SIGNED under oath before me on  May 7, 2018

_Cindy Roberts_
Notary Public, State of Texas

CINDY ROBERTS
Notary ID #125528198
My Commission Expires
December 21, 2021

1. Plaintiff contacted the Harker Heights Police Department, and
   made a criminal complaint against DPS Officer's Daley & Clark.

2. Harker Heights Police - Sgt Dennis Mcafee - arrived at the Sheppard household, then obtained the statements of Travis and Rita Sheppard.

3. Dennis Mcafee refused to take a statement from the victim, because the criminal actors in the sexual abuse - Daley & Clark - were both employed by the Texas Department of Public Safety.

4. Dennis Mcafee threatened plaintiff with charging him with a terroristic threat after the plaintiff exhibited an emotional rant about his (5) year old daughter not wanting to be further abused by DPS Daley & Clark.

5. Upon advise of counsel, plaintiff obtained an emergency TRO in Judge Wendy Hencerling's Court.

6. Judge Wendy Hencerling conducted a TRO dissolution proceeding on May 14th 2018.

7. Judge Wendy Hencerling heard all the elements of a sexual abuse during the TRO dissolution proceeding.

8. An audio recording was made of Judge Wendy Hencerling on May 14th 2018, whereas she was heard flirting with DPS Officer David Daley.[1] {The same man having sex with plaintiffs wife}

9. The 22.11 violation was quickly buried by Wendy Hencerling, and plaintiff Travis Sheppard was ordered to return his (5) year old victim child back to DPS Daley & Clark, in spite of her cries for protection from DPS Daley & Clark.

10. Multiple body cam recordings made by the Bell County arresting officers that subsequently arrested Travis Sheppard, were acquired through a FOIA request by KBTX newscaster Rusty Surette.[2]

---

[1] Family Court Hearing 05-14-2018.mp3

[2] https://www.kbtx.com/content/news/Father-files-formal-complaints-against-local-judge-and-attorney-526666231.html

11. The Sheppard family hired Bell County resident - Shawn Richeson and his Company Click a Nerd to recover and enhance evidence supplied KBTX by the State of Texas.

12. Richeson discovered in one of the body cam videos shot by Bell County Deputy Thomas Priori on 06/10/2018, that comments were made by DPS Officer Michael Chapman {defendant} - raising suspicion of a DPS setup, and a Bell County cover-up.

*13.* On 06/10/2018 - DPS Officer Michael Chapman was speaking to a group of Bell County Law Enforcement about issuing a BOLO report for his friend DPS Officer David Daley, in such a way as to not be *"suspicious to his chain of command"*.

**PLEASE VIEW HERE:**
https://www.youtube.com/watch?v=aZJ-JDpy_NE
TIME MARKER 30:30

1. DPS Officer Michael Chapman is a friend of DPS Officer David Daley, the Texas Trooper having the affair with plaintiffs wife, DPS Janine Clark.

2. Defendant - DPS Michael Chapman patrols in Bell County TX, whereas DPS David Daley patrols in Brazos County TX.

3. DPS Michael Chapman ordered the Bell County Sheriff to arrest Travis Sheppard and seize plaintiffs personal property in violation of plaintiffs 4th amendment right.

4. DPS Officers {defendant} Michael Chapman & DPS David Daley were so concerned about getting caught by their superiors, they used DPS Officer Chapman's personal cell number.

**PLEASE SEE SCREEN SHOT BELOW**



**BOLO REPORT DEPICTS - (832) 741-3652 - WHICH TRACES TO THE PERSONAL CELL PHONE NUMBER OF DPS - DEFENDANT MICHAEL CHAPMAN.**

5. It has been conclusively established that DPS David Daley and DPS Janine Clark had illegally intercepted the iTunes account[3] of plaintiff Travis Sheppard and relayed the illegal intercept to DPS defendant Michael Chapman.

---

[3] travshep7822@gmail.com - iTunes Login - Travis Sheppard

6. DPS - David Daley - illegally intercepted & used the text message communication from Travis Sheppard to his friend James Shaw, to alert Bell County resident - DPS - Michael Chapman - that he would be leaving Bell County Texas on the way to Brazos County.

7. DPS - Adam Russell - testified at a grand jury in Bell County Texas that Travis Sheppard *"Threatened to kill Wendy Hencerling".*

8. Anthony Jannotti - **STATES ONLY WITNESS** - claims no such threat ever occurred.

9. Forensic expert - Richeson reached out to a private investigator in Brazos County Texas by the name of Bryan Schwartz.

10. Investigator Schwartz said a HH Officer who had taken Jannotti's statement is heard *"twisting his statement"* in a body cam video.

**PLEASE SEE FACEBOOK - PM BELOW**
SUNDAY – 01/19/2020 – 14:09 HR

 **Bryan Schwartz**

Yes it is. I've said that all along. Also the HH officer who took The statement from Janotti. He is heard on the BCV twisting his statement and telling Bell County Officers that Travis was going to go to the courtroom and shoot it up and the judge. That was never said by Janotti. Y'all are going the right direction now.

 The ranger never recorded his statement with Hencerling. I think that is where everything really went out of control

 There also seems to be a reporter named David Flash. He is her locally and is really storing things up about corruption in the system here. He might be worth reaching out to help tell the store.

 **Bryan Schwartz**
BSTG Investigations Owner/Manager

## Experience

 **Owner/Manager**
BSTG Investigations
Aug 2014 – Present · 5 yrs 8 mos

 **Private Investigator**
Peel & Associates Investigative Research Group
Dec 2013 – Aug 2014 · 9 mos

 **Chief Investigator**
Brazos County District Attorney's Office
Apr 2004 – Dec 2013 · 9 yrs 9 mos

 **Detective**
College Station Police Department
May 1996 – Apr 2004 · 8 yrs

1. On 12/27/2019 - Danny Sheppard {plaintiff Travis Sheppard's Father} delivered the sworn affidavit executed by Anthony Jannotti - to the Harker Heights Police Department, by delivering it in person.

2. On 12/27/2019 - Shawn Richeson contacted SGT King of the Harker Heights Police Department with the Sheppard family, to peacefully assemble and air a grievance.

3. During that 12/27/2019 conversation, Richeson told SGT King that the States only witness Anthony Jannotti executed the affidavit shown below, and that it totally contradicts the States theory of retaliation against Judge Wendy Hencerling.

4. During that 12/27/2019 conversation, SGT King claimed he intended to destroy that affidavit.

**●PLEASE LISTEN HERE:**
https://www.youtube.com/watch?v=WqZrZeGPogU
TIME MARKER 0:0

## 42 USC §1983 VIOLATIONS

In any § 1983 suit, the plaintiff must establish the state of mind required to prove the underlying violation." Board of County Com'rs of Bryan County, Okl. v. Brown, 520 U.S. 397, 405 (1997) (quoting Daniels v. Williams, 474 U.S. 327, 330 (1986)); see also Jordan v. Fox, Rothschild, O'Brien & Frankel, 20 F.3d 1250, 1277 (3d Cir. 1994) (noting that "section 1983 does not include any mens rea requirement in its text, but the Supreme Court has plainly read into it a state of mind requirement specific to the particular federal right underlying a § 1983 claim").

1. Addressing the *"mens rea"* requirement first of SGT Dennis Mcafee of the HHPD.

2. Dennis Mcafee is recorded manipulating the States witness {Anthony Jannotti} into creating a false complaint, to trump up a phony

retaliation against a Texas judge - in order to arrest Sheppard and to obfuscate for the DPS.

3. Dennis Mcafee was retaliating against plaintiff Sheppard as a result of Sheppard lodging a complaint to HHPD internal affairs, stemming from Mcafee's refusal to interview Sheppard's (5) year old daughter.

4. SGT Mcafee knew or should have known that he was required to take the victims statement directly from plaintiffs (5) year old daughter, that cried out for help, in relation to her trauma stemming from her sexual abuse experienced from DPS Officer Daley & Clark.

5. SGT Dennis Mcafee's conduct - set in motion a chain of events that ultimately resulted in a 10 month unjust incarceration of the plaintiff, and the plaintiff losing custody of plaintiffs child.

HHPD - SGT Dennis Mcafee was acting under color of law and authority granted him by the State of Texas, when he violated the plaintiffs civil rights.

6. Addressing the *"mens rea"* requirement of DPS Michael Chapman.

7. The body cam video says it all. Defendant Chapman was assisting his DPS buddy {DPS David Daley} and his buddies girlfriend in a divorce proceeding, using Texas DPS State resources in a felonious manner.

District Attorney Paul McWilliams threatened Sheppard with staying in jail indefinitely under a $500K bond, unless & until - Sheppard plead to the phony 36.06 retaliation charge.

It is important to note that DA McWilliams contacted the fake victim Wendy Hencerling and defendant John Gauntt, and & conspired to suborn perjury.

Specifically, DA McWilliams told the fake victim - Wendy Hencerling - to lie under oath in the 27th judicial district, during a bond reduction hearing, and claim the plaintiff in this instant case threatened to murder her and her family, and she heard that from Texas Ranger Joshua Ray.

When Joshua Ray was contacted for questioning, no evidence was ever produced, that any such conversation had ever occurred.

In fact, to the contrary, DA McWilliams & fake victim, Wendy Hencerling - made the entire thing up with the assistance and in conspiracy with defendant Gaunt.

District Attorney Paul McWilliams is known to withhold exculpatory evidence, and suborn perjury. {Please See TCCA Opinion} [4]

.

District Attorney Paul McWilliams never presented the States only witness Anthony Jannotti to the grand Jury.

Paul McWilliams knew that he would be suborning perjury this time, with a loose cannon, and he would be cold busted.

---

[4] In the Court of Criminal Appeals of Texas, cause No. WR-80,713-02 -  The judgment in Cause No. FR 63436-B - styled The State of Texas v George Robert Powell, III, in the 27th District Court of Bell County is set aside, and Applicant is remanded to the custody of the Sheriff of Bell County to answer the charges as set out in the indictment.

Paul McWilliams was aware of the illegal intercept of plaintiffs Itunes account and violation under 18 USC § 1030.

Paul McWilliams entire case hinged on the testimony of (1) person and (1) person only.

# ANTHONY JANOTTI

## THE STATES STAR & ONLY WITNESS

### ANTHONY JANNOTTI

Anthony Jannotti supplied his sworn affidavit below to Shawn Richeson on December 21st 2019 and stated *"As GOD as my witness, at no time in history did Travis tell me he was going to harm Wendy Hencerling or her family. I never told the district attorney, grand jury or any other person that Travis Sheppard was going to harm Wendy Hencerling or her family."*

**ANTHONY JANOTTI'S - AFFIDAVIT BELOW**

## AFFIDAVIT
STATE OF TEXAS - COUNTY OF BELL
CAUSE NO 313050C - TRAVIS SHEPPARD - V - WENDY HENCERLING
§
§

My name is - Anthony Jannotti - I am over the age of 18, I am fully

competent to make this affidavit.  The facts in this affidavit are within my

personal knowledge and are true and correct.  I live in Harker Heights Texas

and am expected to testify in cause no. 313050C in the 169th Judicial

District.  I personally witnessed Travis and his friends James and Heather

pack James' SUV with Travis' household items, to prepare for Travis' move

to James' home in Bryan Texas, on Saturday the 9th day June 2018.  Travis

had been drinking, and did not drive the SUV, he was a passenger.  As GOD

as my witness, at no time in history did Travis tell me he was going to harm

Wendy Hencerling or her family.  I never told the district attorney, grand

jury or any other person that Travis Sheppard was going to harm Wendy

Hencerling or her family.



Anthony Jannotti

Signed under oath before me on this 21st day of
December, 2019.

Notary Public
State of Texas

Erih Reynolds
Commission # 131467768-8
My Commission Expires
February 27, 2022

## VIOLATION UNDER 42 U.S. CODE § 1985

A prima facie case has been established against defendants Channa Borman, Janine Clark & Kyle Hawthorne, for their conspiring of impeding, hindering, obstructing, and punishing the plaintiff, in retaliation against the plaintiff, with their misguided malice, by manufacturing a crime.

Defendants Hawthorne, Clark & Borman caused to be issued, an arrest warrant against Travis Sheppard {couched as a bench warrant}, to extradite Travis Sheppard to Brazos County, TX for unpaid child support.   **PLEASE SEE SCREENSHOT(S) BELOW**

Defendants Borman, Clark & Hawthorne all knew that Travis Sheppard had never missed a child support payment, and just made it up.



On February 14th 2020 in the 85th Judicial District in Brazos County Texas, defendant Borman was placed under oath in a motion to disqualify Borman, and proved up all of the elements of the 42 USC 1985 violation, against defendant Clark, Borman and Hawthorne.

## DAMAGES

Plaintiff seeks actual damages against all defendants, jointly & severely, for the damage caused to his person and property, in the amount of $12,000.00, stemming from plaintiffs arrest, and search warrant executed on plaintiffs home and vehicle. Plaintiff seeks $80,000.00 in special damages from all defendants jointly & severely, for plaintiffs 10 month unlawful incarceration in the Bell County Detention Center. Plaintiff seeks punitive damages against all defendants jointly & severely, in the amount of $10,000,000.00 against each defendant, for the violation of plaintiffs civil rights. Plaintiffs seek reimbursement for cost of Court and attorney fees, if any.

Respectfully filed with this honorable Court this Friday the 24th day of April - 2020.

Travis Sheppard
1906 Twilight Drive
Killeen, TX 76543
travis@clickanerd.com
(254) 230-9311

**Attachment 7 - Civil Cover Sheet & Instructions**

JS 44 (Rev. 06/17)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** TRAVIS DEAN SHEPPARD

**DEFENDANTS** DENNIS LEE MCAFEE
107 STONE CANYON CT
HARKER HEIGHTS 76548     DOB: Dec 15 1964     TXDL: 0010984195

**(b)** County of Residence of First Listed Plaintiff ___BELL COUNTY TX___
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant ___BELL COUNTY TX___
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*          Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☒ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer     ☐ 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* 42 USC 1983
42:1983
Brief description of cause: Civil rights

**VII. REQUESTED IN COMPLAINT:**     ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.     **DEMAND** $2,092,000.00     CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**     *(See instructions):*     JUDGE _____     DOCKET NUMBER _____

DATE _____     SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**Rev. Ed. October 26, 2017**

INTAKE COPY

# FILING FEE RECEIPT COPY

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 6
Receipt Number: 600026621
Cashier ID: ldiaz
Transaction Date: 04/24/2020
Payer Name: TRAVIS SHEPPARD
-----------------------------------
CIVIL FILING FEE
 For: TRAVIS SHEPPARD
 Amount:        $400.00
-----------------------------------
PAPER CHECK
 Remitter: TRAVIS SHEPPARD
 Check/Money Order Num: 0537038960
 Amt Tendered: $400.00
-----------------------------------
Total Due:     $400.00
Total Tendered: $400.00
Change Amt:    $0.00

CIVIL FILING FEE FOR
DTXW620CV000313-001
```